**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **LaserMax, Inc.** | ) ) ) | |
| *Plaintiff,* | ) ) | **C.A. No. 14-cv-740-LPS** |
| v. | ) ) ) | |
| **Sellmark Corporation** | ) ) | |
| *Defendant.* | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party shall bear its own attorneys' fees and costs.

Dated:  October 28, 2015                                              Respectfully submitted,

FARNAN LLP                                                                    MORRIS JAMES LLP

*/s/ Michael J. Farnan*                                                  */s/ Kenneth L. Dorsney*
Michael J. Farnan (#5165)                                          Kenneth L. Dorsney (#3726)
Brian E. Farnan  (#4089)                                             500 Delaware Avenue, Suite 1500
919 North Market Street, 12th Floor                         Wilmington, DE  19801
Wilmington, DE  19801                                              (302) 888-6800
(302) 777-0300                                                              (302) 571-1750
(302) 777-0301 (Fax)                                                    kdorsney@morrisjames.com
mfarnan@farnanlaw.com
bfarnan@farnanlaw.com                                             *Attorneys for Defendant*

*Attorneys for Plaintiff*


IT IS SO ORDERED, this _____ day of _____, 2015.


_____
The Honorable Leonard P. Stark